IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:12-mj-645 |
| | ) |
| CHRISTINE CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |

## STATEMENT OF FACTS

Were this matter to go to trial, the United States of America would prove the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about October 19, 2011, within the Eastern District of Virginia, the defendant CHRISTINE CHRISTIAN, by threat of force intentionally intimidated and interfered with, and attempted to intimidate or interfere with, the employees and clients of the medical practice of E.S., a medical professional that provides reproductive health services, in order to intimidate the employees and clients of the medical practice from providing and obtaining reproductive health services, in violation of Title 18, United States Code, Section 248(a)(1).

2. Specifically, on or about October 19, 2011, at approximately 12:15 p.m., CHRISTIAN placed a telephone call to the medical practice of E.S., a medical professional who provided reproductive health services to women. A receptionist with E.S.'s medical practice answered the telephone and CHRISTIAN asked whether the practice performed abortions. When the receptionist answered in the affirmative, CHRISTIAN stated, "Since you kill babies, there's a bomb in the building and I'm going to kill you," and then hung up.

3. At the time, CHRISTIAN had been employed by E.S. for approximately three (3) years as a medical assistant. CHRISTIAN used her cellular telephone to place the telephone call, and made the call while in her vehicle in the parking lot of the medical practice. The medical practice was located in Fairfax County, Virginia, a location within the Eastern District of Virginia.

4. The acts taken by the defendant in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing Statement of Facts does not describe all of the defendant's conduct relating to the offense charged in this case.

5. The Statement of Facts shall be admissible as a knowing and voluntary confession in any proceeding against the defendant. Moreover, the defendant waives any rights that the defendant may have under Fed. R. Crim. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any such proceeding.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *[signature]*
Stacey Luck (LT)
Special Assistant United States Attorney

Saeed Mody
Trial Attorney
Civil Rights Division
U.S. Department of Justice

2

## Defendant's Stipulation and Signature

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Christine Christian
Defendant

## Defense Counsel's Signature

I am the attorney for Christine Christian. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is informed and voluntary.

_____
Todd Richman, Esq.
Counsel for the Defendant